|   |   |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  Jorge PAYAN-Vizcarra  Defendant. | UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF CALIFORNIA  Magistrate Case No.: '07 MJ 2928  COMPLAINT FOR VIOLATION OF  21 U.S.C. 841(a)(1), 846  Conspiracy to Distribute Methamphetamine  (Felony) |

FILED 07 DEC 18 PM 2:16

The undersigned complainant being duly sworn states:

COUNT ONE

Beginning on a date unknown and continuing up to and including February 7, 2007, within the Southern District of California and elsewhere, defendant Jorge PAYAN-Vizcarra and others, did knowingly and intentionally conspire together and with each other and with persons known and unknown to distribute approximately 7.5 kilograms of Methamphetamine, a Schedule II Controlled Substance, in the Southern District of California and elsewhere, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence, December 18, 2007.

_____
UNITED STATES MAGISTRATE JUDGE

1  UNITED STATES OF AMERICA
2       v.
3  Jorge PAYAN-Vizcarra

4               STATEMENT OF FACTS

5       On 02-07-07, Jorge PAYAN-Vizcarra entered the U.S. at the Calexico West POE, California (CA) at approximately 1401 hours, TECS records showed that the load vehicle, the 2001 Ford (BAMX/BM60313) crossed in lane number 3 and the scout vehicle, a 2005 Toyota crossed in lane 3 at 1403 hours. TECS records further show that the driver of the load vehicle was PAYAN-Vizcarra.

       At approximately 1405 hours, DEA SA Niebla observed the 2001 Ford F-150 traveling north on Highway 111 near the Highway 98 intersection, Calexico, CA. SA Niebla identified PAYAN-Vizcarra as the driver and sole occupant of the load vehicle, the 2001 Ford F-150. SA Niebla observed the scout vehicle, the 2005 Toyota Tacoma previously described traveling close behind PAYAN-Vizcarra's vehicle. SA Niebla observed Edgar BOBADILLA driving the 2005 Toyota Tacoma with Carlos GARCIA-Avilez as the passenger.

       In the Coachella, CA area DEA Agents observed PAYAN-Vizcarra giving possession of the load vehicle to GARCIA-Avilez. This surveillance of the load vehicle resulted in the seizure of approximately 7.5 kilograms of methamphetamine and two arrests in the Riverside, CA area. GARCIA-Avilez and BOBADILLA were not

arrested until 05-22-07 for there involvement in the smuggling and transportation of the 7.5 kilograms of methamphetamine.

On 12-17-07, at approximately 1604 hours, PAYAN-Vizcarra was arrested at the San Ysidro POE, San Diego, CA as he tried to enter the United States. PAYAN-Vizcarra was advised of his rights, which he acknowledged and waived. PAYAN-Vizcarra claimed that he was paid $1,300 on three different occasions to smuggle drugs in the 2001 Ford. After smuggling the drugs through the Calexico POE, PAYAN-Vizcarra was instructed to drive the load vehicle to the Coachella, CA area where he would turn possession of the vehicle over to Carlos GARCIA-Avilez. PAYAN-Vizcarra was booked into the San Diego MCC pending his initial appearance before the U.S. Magistrate.

*Mike Breslin ICE*

**WILLIAM McCURINE, JR.**
**U.S. MAGISTRATE JUDGE**